# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE NEW MEXICO ELKS ASSOCIATION,
FRATERNAL ORDER OF EAGLES, NEW MEXICO STATE AERIE,
NEW MEXICO LOYAL ORDER OF THE MOOSE,

Plaintiffs,

v.                                                                      No.

MICHELLE LUJAN GRISHAM,
Individually, Acting Under the Color of Law,
and TRACIE C. COLLINS,
Individually, Acting Under the Color of Law,

Defendants.

## VERIFICATION

STATE OF NEW MEXICO      )
                         )ss.
COUNTY OF BERNALILLO     )

CLIFFORD JOHN HILLIARD III, being first duly sworn upon his oath, deposes and states:

That he is the incoming President for Plaintiff New Mexico Elks Association in the above-captioned lawsuit, that he has read over, knows and understands the contents of the foregoing pleading, and that the statements therein made are true and correct of his own knowledge, except those statements that are made upon information and belief, and as to those, he believes them to be true.

_____
CLIFFORD JOHN HILLIARD III

This instrument was acknowledged before me this 7th day of April, 2021 by Clifford John Hilliard III.

My Commission Expires: 08/21/2024

_____
Notary Public