# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE NEW MEXICO ELKS ASSOCIATION,
FRATERNAL ORDER OF EAGLES, NEW MEXICO STATE AERIE,
NEW MEXICO LOYAL ORDER OF THE MOOSE,

        Plaintiffs,

v.                            No.

MICHELLE LUJAN GRISHAM,
Individually, Acting Under the Color of Law,
and TRACIE C. COLLINS,
Individually, Acting Under the Color of Law,

        Defendants.



## VERIFICATION

STATE OF NEW MEXICO    )
                                 )ss.
COUNTY OF BERNALILLO    )

JAYC POWELL, being first duly sworn upon her oath, deposes and states:

That he is the current Representative for Plaintiff Fraternal Order of Eagles, New Mexico State Aerie in the above-captioned lawsuit, that he has read over, knows and understands the contents of the foregoing pleading, and that the statements therein made are true and correct of his own knowledge, except those statements that are made upon information and belief, and as to those, he believes them to be true.

_____
JAYC POWELL

This instrument was acknowledged before me this 9th day of April, 2021 by Jayc Powell.

_____
Notary Public

My Commission Expires: 3/6/2025

