# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**THE NEW MEXICO ELKS ASSOCIATION,**
**FRATERNAL ORDER OF EAGLES, NEW MEXICO STATE AERIE,**
**NEW MEXICO LOYAL ORDER OF THE MOOSE,**

**Plaintiffs,**

**v.**

No.

**MICHELLE LUJAN GRISHAM,**
**Individually, Acting Under the Color of Law,**
**and TRACIE C. COLLINS,**
**Individually, Acting Under the Color of Law,**

**Defendants.**

## VERIFICATION

| STATE OF NEW MEXICO | ) |
| | )ss. |
| COUNTY OF BERNALILLO | ) |

BILL BARBER, being first duly sworn upon her oath, deposes and states:

That he is the current Representative for Plaintiff New Mexico Loyal Order of the Moose in the above-captioned lawsuit, that he has read over, knows and understands the contents of the foregoing pleading, and that the statements therein made are true and correct of his own knowledge, except those statements that are made upon information and belief, and as to those, he believes them to be true.

_____
BILL BARBER

This instrument was acknowledged before me this 12th day of April, 2021 by Bill Barber.

_____
Notary Public

My Commission Expires: 09 03 2023

OFFICIAL SEAL
Joseph Ramirez
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 09 03 2023