AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| The New Mexico Elks Association, Fraternal Order of Eagles, New Mexico State Aerie, New Mexico Loyal Order of the Moose <br><br> *Plaintiff(s)* <br><br> v. <br><br> Michelle Lujan Grisham, Individually, Acting Under the Color of Law, and Tracie C. Collins, INdividually, Acting Under the Color of Law <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:21-cv-00354-CG-LF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Tracie C. Collins
    1190 S. St. Francis Drive
    Santa Fe, NM 87505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Western Agriculture, Resource and Business Advocates, LLP
    400 Gold Ave. SW, Suite 1000
    Albuquerque, NM 87102
    (505) 750-3060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Monday, April 19, 2021                          Jacob Garcia
                                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00354-CG-LF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Tracie C. Collins__
was received by me on *(date)* __April 19, 2021__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Holly Agajanian__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Defendants__
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __0__ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4/22/2021__

*Server's signature*
A. Blair Dunn

*Printed name and title*

400 Gold Ave SW, Ste 1000, ABQ, NM 87102
*Server's address*

Additional information regarding attempted service, etc: