IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE NEW MEXICO ELKS ASSOCIATION,
FRATERNAL ORDER OF EAGLES, NEW MEXICO STATE AERIE,
NEW MEXICO LOYAL ORDER OF THE MOOSE,

    Plaintiffs,

v.                                    Case No. 1:21-cv-00354-KG-LF

MICHELLE LUJAN GRISHAM,
Individually, Acting Under the Color of Law,
and TRACIE C. COLLINS,
Individually, Acting Under the Color of Law,

    Defendants.

## ORDER GRANTING DEFENDANTS'
## UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS

THIS COURT, having reviewed Defendants Governor Michelle Lujan Grisham and Secretary Tracie C. Collins' Unopposed Motion for Extension of Page Limits (Doc. 9), FINDS the motion is well taken and should be GRANTED.

IT IS THERFORE ORDERED that Defendants shall be permitted to file a response to Plaintiffs' Verified Complaint for Civil Rights Violations under the Fourteenth Amendment to the United States Constitution and Request for Temporary Restraining Order (Doc. 1) which exceeds twenty-four (24) pages in length but does not exceed thirty-six (36) pages.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Holly Agajanian*
Holly Agajanian
*Chief General Counsel to*
*Governor Michelle Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
Holly.Agajanian@state.nm.us
505-476-2210

Kyle P. Duffy
*Associate General Counsel to*
*Governor Michelle Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
kyle.duffy@state.nm.us
505-476-2210

Maria S. Dudley
*Associate General Counsel to*
*Governor Michelle Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
maria.dudley@state.nm.us
505-476-2210

*Attorneys for Defendants*


Approved by:

*Approved electronically on 4/27/21*
A. Blair Dunn, Esq.
Jared R. Vander Dussen
400 Gold Ave. SW, Ste. 1000
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com
*Attorney for Plaintiffs*