IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**THE NEW MEXICO ELKS ASSOCIATION,**
**FRATERNAL ORDER OF EAGLES, NEW MEXICO STATE AERIE,**
**NEW MEXICO LOYAL ORDER OF THE MOOSE,**

      **Plaintiffs,**

      No.      1:21-cv-00354-KG-LF

v.

**MICHELLE LUJAN GRISHAM,**
**Individually, Acting Under the Color of Law,**
**and TRACIE C. COLLINS,**
**Individually, Acting Under the Color of Law,**

      **Defendants.**

## NOTICE OF EXTENSION OF DEADLINE FOR RESPONSE

COMES NOW, Plaintiffs, through undersigned counsel, with this notice of agreed upon extension of time for Plaintiff to file a Response to Defendants Motion to Dismiss Plaintiffs' Verified Complaint [ECF Doc. 12]. Defendants' Motion was filed May 3, 2021. The deadline for Plaintiffs' response is currently May 17, 2021. Plaintiffs' counsel has conferred with counsel for Defendants via email and requested an extension of time to file the Response, up to and including May 28, 2021. Counsel for Defendants' does not oppose the requested extension.

      Respectfully submitted,

      WESTERN AGRICULTURE, RESOURCE
      AND BUSINESS ADVOCATES, LLP

      By: */s/ A. Blair Dunn*
          A. Blair Dunn, Esq.
          Jared R. Vander Dussen, Esq.
          400 Gold Ave. SW, Suite 1000
          Albuquerque, NM 87102
          Telephone: (505) 750-3060
          Facsimile: (505) 226-8500

Email: abdunn@ablairdunn-esq.com
warba.llp.Jared@gmail.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on May 3, 2021, a true and correct copy of the foregoing was filed electronically pursuant to the CM/ECF procedure for the District of New Mexico and caused counsel of record to be served by electronic means.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.