IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE NEW MEXICO ELKS ASSOCIATION;
FRATERNAL ORDER OF EAGLES,
NEW MEXICO STATE AERIE;
NEW MEXICO LOYAL ORDER OF THE MOOSE,

    Plaintiffs,

v.                                                         Civ. No. 21-0354 KG/LF

MICHELLE LUJAN GRISHAM,
Individually, Acting Under the Color of Law; and
TRACIE C. COLLINS,
Individually, Acting Under the Color of Law,

    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), this Court issues its separate judgment disposing of this civil case.

IT IS ORDERED that:

1. Plaintiffs' individual-capacity are claims are dismissed with prejudice;

2. Plaintiffs' claims for a permanent injunction and for declaratory relief are dismissed without prejudice; and

3. This case is hereby closed.

_____
UNITED STATES DISTRICT JUDGE